AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

|  |  |  |
|---|---|---|
| Antonio K. Heard | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    9:19-cv-01026-HMH-BM |
| A.W. Jansan, A.W. Moser, Warden | ) | |
| Ramirez, Dr. Hoey, H.W. Cross, | ) | |
| N.P. Davis, | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Antonio K. Heard, shall take nothing of Defendants, A.W. Jansan, A.W. Moser, Warden Ramirez, Dr. Hoey, H.W. Cross and N.P. Davis, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Bristow Marchant, United States Magistrate Judge.

Date:        April 23, 2020              *ROBIN L. BLUME, CLERK OF COURT*

                                              s/C.Pegram-Conner
                                        _____
                                        *Signature of Clerk or Deputy Clerk*